BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: (415) 977-8939
    Facsimile: (415) 744-0134
    Email: Jeffrey.Chen@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ANNETTE RUSSELL, | ) Civil No. 1:15-cv-00473-BAM |
|     Plaintiff, | ) |
|     v. | ) **STIPULATION AND ORDER FOR A FIRST EXTENSION OF TIME FOR DEFENDANT TO FILE HER RESPONSIVE BRIEF** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
|     Defendant. | ) |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a first extension of time of 30 days to file her responsive brief.  Defendant respectfully requests this additional time because of a heavy accumulated workload following a two week absence from the office in Taiwan.

Stip. to Extend Def.'s Brief

1

The new due date for Defendant's responsive brief will be Monday, July 18, 2016.

Respectfully submitted,

Date: *June 29, 2016*　　　　　　　YOUNG CHUL CHO

By:　*/s/ Young Chul Cho\**
　　　YOUNG CHUL CHO
　　　*\* By email authorization on June 28, 2016*
　　　Attorney for Plaintiff

Date: *June 29, 2016*　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　United States Attorney

By:　*/s/ Jeffrey Chen*
　　　JEFFREY CHEN
　　　Special Assistant United States Attorney
　　　Attorneys for Defendant

## ORDER

Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED that the Defendant's deadline to file a responsive brief is extended to July 18, 2016.

IT IS SO ORDERED.

Dated:　**June 29, 2016**　　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1
2   Stip. to Extend Def.'s Brief
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28