BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: (415) 977-8939
    Facsimile: (415) 744-0134
    Email: Jeffrey.Chen@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ANNETTE RUSSELL, | ) Civil No. 1:15-cv-00473-BAM |
|     Plaintiff, | ) **STIPULATION AND ORDER FOR A SECOND EXTENSION OF TIME FOR DEFENDANT TO FILE HER RESPONSIVE BRIEF** |
|     v. | ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
|     Defendant. | ) |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a second extension of time of 30 days to file her responsive brief.  Defendant respectfully requests this additional time because of a heavy accumulated workload following a two week absence from the office in Taiwan after the passing of the undersigned's grandfather.

///

///

///

1

1    The new due date for Defendant's responsive brief will be Wednesday, August 17, 2016.

                                          Respectfully submitted,

Date: *July 18, 2016*                   YOUNG CHUL CHO

                              By:    */s/ Young Chul Cho\**
                                           YOUNG CHUL CHO
                                           *\* By email authorization on July 18, 2016*
                                           Attorney for Plaintiff

Date: *July 18, 2016*                   BENJAMIN B. WAGNER
                                           United States Attorney

                              By:    */s/ Jeffrey Chen*
                                           JEFFREY CHEN
                                           Special Assistant United States Attorney
                                           Attorneys for Defendant

## ORDER

Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED, that Defendant shall have a second 30-day extension, or until August 17, 2016, in which to file an Opposition to Plaintiff's Opening Brief; and that all other deadlines set forth in the April 9, 2015 Case Management Order shall be extended accordingly

IT IS SO ORDERED.

Dated:  **July 18, 2016**                 /s/ *Barbara A. McAuliffe*
                                                UNITED STATES MAGISTRATE JUDGE