1  PHILIP A. TALBERT
   Acting United States Attorney
2  DEBORAH LEE STACHEL
   Regional Chief Counsel, Region IX
3  Social Security Administration
4  JEFFREY CHEN, CSBN 260516
   Special Assistant United States Attorney
5        Social Security Administration
         160 Spear Street, Suite 800
6        San Francisco, CA  94105
         Telephone: (415) 977-8939
7        Facsimile: (415) 744-0134
8        Email: Jeffrey.Chen@ssa.gov
   Attorneys for Defendant
9

10                        UNITED STATES DISTRICT COURT

11                        EASTERN DISTRICT OF CALIFORNIA

12                                  FRESNO DIVISION

13 | ANNETTE RUSSELL, | ) | Civil No. 1:15-cv-00473-BAM |
14 |                  | ) |                              |
15 | Plaintiff,       | ) | **STIPULATION AND ORDER FOR A** |
   |                  | ) | **THIRD EXTENSION OF TIME FOR** |
16 | v.               | ) | **DEFENDANT TO FILE HER**       |
   |                  | ) | **RESPONSIVE BRIEF**            |
17 | CAROLYN W. COLVIN, | ) |                             |
18 | Acting Commissioner of Social Security, | ) | |
   |                  | ) |                              |
19 | Defendant.       | ) |                              |
20

21       IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and

22 with the approval of the Court, that Defendant shall have a third extension of time of 14 days to

23 file her responsive brief.  Defendant respectfully requests this additional time because of a heavy

24 workload, including an upcoming Ninth Circuit brief, and because of time missed from the office

25 because of a recent illness.

26

27

28 Stip. to Extend Def.'s Brief

                                                 1

The new due date for Defendant's responsive brief will be Wednesday, August 31, 2016.

                                                  Respectfully submitted,

Date: *August 23, 2016*                  YOUNG CHUL CHO

                                  By:   */s/ Young Chul Cho*\*  
                                           YOUNG CHUL CHO  
                                           *\* By email authorization on August 22, 2016*  
                                           Attorney for Plaintiff

Date: *August 23, 2016*                  PHILIP A. TALBERT  
                                           Acting United States Attorney

                                  By:   */s/ Jeffrey Chen*  
                                           JEFFREY CHEN  
                                           Special Assistant United States Attorney  
                                           Attorneys for Defendant

## ORDER

Based on the stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED that Defendant shall have a third extension of time of 14 days, or until August 31, 2016, in which to file an Opposition to Plaintiff's Opening Brief; and that all other deadlines set forth in the April 9, 2015 Case Management Order shall be extended accordingly. No further extensions of time shall be granted absent a showing of good cause.

IT IS SO ORDERED.

Dated: **August 25, 2016**                                            */s/ Barbara A. McAuliffe*  
                                                          UNITED STATES MAGISTRATE JUDGE