1 Young Cho
Attorney at Law: 189870
2 Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
3 Santa Fe Springs, CA 90670
Tel.: (562)868-5886
4 Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com
5
Attorneys for Plaintiff
6 Annette Russell

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| ANNETTE RUSSELL, | ) Case No.: 1:15-cv-00473-BAM |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER FOR |
| | ) THE AWARD AND PAYMENT OF |
| vs. | ) ATTORNEY FEES AND EXPENSES |
| | ) PURSUANT TO THE EQUAL |
| NANCY A. BERRYHILL[1], Acting | ) ACCESS TO JUSTICE ACT, 28 U.S.C. |
| Commissioner of Social Security, | ) § 2412(d) AND COSTS PURSUANT |
| | ) TO 28 U.S.C. § 1920 |
| Defendant. | ) |

TO THE HONORABLE BARBARA A. MCAULIFFE, MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT:

IT IS HEREBY STIPULATED, by and between the parties through their undersigned counsel, subject to the approval of the Court, that Annette Russell be

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the F.R.C.P., Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit. No further action needs to be taken to continue this suit based on the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

awarded attorney fees in the amount of four thousand nine hundred dollars ($4,900.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

After the Court issues an order for EAJA fees to Annette Russell, the government will consider the matter of Annette Russell's assignment of EAJA fees to Young Cho. The retainer agreement containing the assignment is attached as exhibit 1. Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Annette Russell, but if the Department of the Treasury determines that Annette Russell does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Law Offices of Lawrence D. Rohlfing, pursuant to the assignment executed by Annette Russell.[2] Any payments made shall be delivered to Young Cho.

This stipulation constitutes a compromise settlement of Annette Russell's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Annette

---

[2] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien under federal law against the recovery of EAJA fees that survives the Treasury Offset Program.

1  Russell and/or Young Cho including Law Offices of Lawrence D. Rohlfing may
2  have relating to EAJA attorney fees in connection with this action.
3      This award is without prejudice to the rights of Young Cho and/or the Law
4  Offices of Lawrence D. Rohlfing to seek Social Security Act attorney fees under
5  42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

6  DATE: March 27, 2017    Respectfully submitted,

7          LAW OFFICES OF LAWRENCE D. ROHLFING

8          /s/ *Young Cho*
    BY:_____
9          Young Cho
        Attorney for plaintiff Annette Russell
10 DATE: March 27, 2017    PHILLIP A. TALBERT
        Acting United States Attorney
11
12         /s/ *Jeffrey T. Chen*
13         _____
        JEFFREY T. CHEN
        Special Assistant United States Attorney
14         Attorneys for Defendant NANCY A.
        BERRYHILL, Acting Commissioner of Social
15         Security (Per e-mail authorization)

16
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///

# ORDER

Based upon the parties' above Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses, IT IS ORDERED that fees and expenses in the total amount of four thousand nine hundred dollars ($4,900.00), as authorized by 28 U.S.C. §2412, be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated:   **March 28, 2017**              /s/ Barbara A. McAuliffe
                                         UNITED STATES MAGISTRATE JUDGE